# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON MATTHEW SUAREZ,<br><br>    Defendant. | Case No.: 2:17-cr-198<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>JASON MATTHEW SUAREZ<br>(ID#) 1676975 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JASON MATTHEW SUAREZ** before the United States District Court at Las Vegas, Nevada, on or about Thursday, July 6, 2017, Courtroom 3A, NJK, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE

```
 1 │ STEVEN W. MYHRE
   │ Acting United States Attorney
 2 │ District of Nevada
   │ PHILLIP N. SMITH, JR.
 3 │ Assistant United States Attorney
   │ 501 Las Vegas Boulevard South
 4 │ Suite 1100
   │ Las Vegas, Nevada  89101
   │ 702-388-6336
 5 │
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:17-cr- /98 |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JASON MATTHEW SUAREZ (ID#) 1676975 |
| vs. | ) | |
| JASON MATTHEW SUAREZ, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JASON MATTHEW SUAREZ** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JASON MATTHEW SUAREZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JASON MATTHEW SUAREZ** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _Thursday, July 6, 2017 Courtroom 3A, NJK_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JASON MATTHEW SUAREZ** before the United States District Court on or about _Thursday, July 6, 2017 Courtroom 3A, NJK_____, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JASON MATTHEW SUAREZ** before the United States District Court on or about _____ Thursday, July 6, 2017 Courtroom 3A, NJK _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 28th day of June, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Phillip N. Smith Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2