# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JASON MATTHEW SUAREZ,<br><br>　　　　　　Defendant. | 2:17-cr-00198-KJD-VCF<br><br>**ORDER** |

Before the Court is the Motion to Strike Defendant's notice of Assertion of Right to be Present in Court Unshackled (ECF No. 17). On July 18, 2017, government filed a Motion to Withdraw its Motion to Strike (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw its Motion to Strike (ECF No. 18) is GRANTED.

The Clerk of Court is directed to strike ECF No. 17.

DATED this 3rd day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE