# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00198-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JASON MATTHEW SUAREZ, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, October 10, 2018 at 9:00 a.m., be vacated and continued to <u>December 12, 2018</u> at the hour of <u>9:00</u> <u>a</u>.m.

DATED this <u>24th</u> day of September, 2018.

UNITED STATES DISTRICT JUDGE
KENT J. DAWSON