# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASON SUAREZ,<br><br>　　　　　Defendant. | 2:17-cr-00198-KJD-VCF<br>**ORDER** |

Before the court is the Motion to Compel United States Marshal to Transport Defendant to an Ophthalmologist (ECF No. 43).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Compel United States Marshal to Transport Defendant to an Ophthalmologist (ECF No. 43) is scheduled for 1:00 PM, November 26, 2018, in Courtroom 3D.

The U.S. Marshal is directed to transport Mr. Suarez to and from the hearing.

An appropriate representative from the U.S. Marshal service must attend the hearing.

DATED this 20th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE