# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00198-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| JASON MATTHEW SUAREZ, | |
| Defendant. | |

Presently before the Court is Plaintiff's Motion to Continue Supervised Release Revocation Hearing (#84). Defendant filed a response in opposition (#86). Also before the Court is the Government's Motion for Psychiatric Evaluation and Competency Hearing (#89). The Court considered the evidence adduced at the June 29, 2021 hearing on the motions.

## FINDINGS OF FACT

Pursuant to 18 U.S.C. § 4241(a), the government may file a motion for a hearing to determine the mental competency of the defendant. If there is a "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense[,]" the Court is required to grant the motion. Id. The Court, considering the evidence presented at the evidentiary hearing, its own observations of Defendant's demeanor – particularly his agitated and frenetic actions – and Defendant's health history and behavior on supervised release, finds by a preponderance of the evidence that reasonable cause exists to believe that Defendant may be suffering from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him.

## ORDER

Accordingly, IT IS HEREBY ORDERED that the Government's Motion for Psychiatric

Evaluation and Competency Hearing (#89) is **GRANTED**;

IT IS FURTHER ORDERED in accordance with 18 U.S.C. § 4241 and 4247(b),(c), that Defendant is committed for a period of thirty (30) days to the nearest Bureau of Prisons' facility capable of conducting the psychiatric or psychological exam necessary to determine Defendant's competence;

IT IS FURTHER ORDERED Plaintiff's Motion to Continue Supervised Release Revocation Hearing (#84) is **GRANTED**;

IT IS FURTHER ORDERED that the supervised release revocation hearing in the above-captioned matters, previously scheduled for June 22, 2021, be vacated and continued to a date and time convenient to this Court, that is on August 10, 2021, at the hour of 11:00 a.m..

Dated this 28th day of June 2021.

_____
Kent J. Dawson
United States District Judge