# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JASON MATTHEW SUAREZ,<br><br>                Defendant. | Case No. 2:17-cr-00198-KJD-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 9, 2021 at 11:30 a.m., be vacated and continued to December 14, 2021 at the hour of 11:00 a.m. by video conference.

   DATED this 2nd day of November 2021.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON